IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT M. And DEBORAH M., on behalf of themselves and their minor child, JORDAN M., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF HAWAII, <br><br> Defendant. | CIVIL 07-00432 HG-LEK |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on January 23, 2009 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special Master Regarding Reimbursement for the Costs of Mental Health Services," Document No. 46, is adopted as the opinion and order of this court.

Dated: March 4, 2009, Honolulu, Hawaii.

**/s/ Helen Gillmor**
Chief United States District Judge